# Third District Court of Appeal

## State of Florida

Opinion filed October 13, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-2119
Lower Tribunal No. 92-20576A
_____

**Jose Cruz,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A case of original jurisdiction – Petition for Review.

Jose Cruz, in proper person.

Pamela Jo Bondi, Attorney General, for respondent.

Before WELLS, SHEPHERD and SALTER, JJ.

SHEPHERD, J.

Having been prohibited from further pro se filings in the trial court challenging his sentence in lower court Case No. 92-20576A after numerous

attempts, Jose Cruz petitions this Court directly for review of the sentence in this case. We deny the petition without further discussion.

## ORDER TO SHOW CAUSE

Petitioner has unsuccessfully sought appellate review of the legality of his current sentence on many occasions, notwithstanding the fact that the same claims for relief previously have been raised, determined on the merits, and affirmed on appeal. While pro se parties must be afforded a genuine and adequate opportunity to exercise their constitutional right of access to the courts, that right is not unrestricted and may be curtailed upon a finding that the party has abused the judicial { "pageset": "Sfc" process by the continued filing of successive or meritless collateral claims. Accordingly, at this time, petitioner is ordered to show cause, within thirty (30) days of this order, why he should not be prohibited from filing any further pro se appeals, pleadings, motions, or petitions relating to his conviction, judgment, and sentence in Case No. 92-20576A. Absent a showing of good cause, we intend to direct the Clerk of the Third District Court of Appeal to refuse to accept any further filings relating to Case No. 92-20576A, unless they have been reviewed and signed by an attorney who is a licensed member of the Florida Bar in good standing.

So ordered.